U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office
Savannah M
9-6  20 17
[signature]
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. CR417-218 |
| | ) | |
| V. | ) | VIO: 18 U.S.C. § 922(g)(5) |
| | ) | Possession of a Firearm by a |
| JHONATAN RANGLE | ) | Person Illegally or |
| | ) | Unlawfully in the |
| | ) | United States |
| | ) | |
| | ) | Forfeiture Allegation |

THE GRAND JURY CHARGES THAT:

### COUNT ONE
*Possession of a Firearm by a Person Illegally or Unlawfully in the United States*
18 U.S.C. § 922(g)(5)

On or about August 20, 2017, in Effingham County, within the Southern District of Georgia, Defendant **JHONATAN RANGLE**, then being an alien illegally and unlawfully in the United States, did knowingly possess in and affecting commerce, a firearm, that is a Rock Island Armory, Model 1911, .45 caliber pistol, said firearm having been shipped in interstate commerce.

All done in violation of Title 18, United States Code, Section 922(g)(5).

## FORFEITURE ALLEGATION

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for purposes of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1) set forth in this Indictment, the defendant, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved or used in the commission of the offense.

A True Bill.

_____
Foreperson

_____
James D. Durham
Acting United States Attorney

_____
Brian T. Rafferty
Assistant United States Attorney
Chief, Criminal Division

_____
Tania D. Groover*
Assistant United States Attorney
*Denotes Lead Counsel